IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK OTIS NELSON,

    Petitioner,                             No. CIV S-07-2209 LEW KJM P

    vs.

CALIFORNIA SUPREME COURT, et al.,      ORDER AND

    Respondents.                    FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a document titled "petition for relief in the form of mandamus" and a request for leave to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        In his mandamus petition, petitioner ask that this court issue orders against the California Supreme Court and California Bar Association. However, in a mandamus action, the court can only issue orders against employees, officers or agencies of the United States. 28 U.S.C. § 1361. Therefore, the court will recommend that petitioner's request for mandamus relief be denied.

/////

1

1  In accordance with the above, IT IS HEREBY ORDERED that petitioner's
2  request to proceed in forma pauperis is granted; and

3  IT IS HEREBY RECOMMENDED that petitioner's "petition for relief in the
4  form of mandamus" be denied.

5  These findings and recommendations are submitted to the United States District
6  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
7  days after being served with these findings and recommendations, petitioner may file written
8  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
9  Findings and Recommendations."  Petitioner is advised that failure to file objections within the
10 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
11 F.2d 1153 (9th Cir. 1991).
12 DATED: April 11, 2008.

_____
U.S. MAGISTRATE JUDGE

1
nels2209.man